**UNITED STATES of America,**
**Plaintiff–Appellee,**

**Victor Fernandez, Claimant–Appellant,**

v.

**$225,850.00 IN U.S. CURRENCY,**
**Defendant.**

**No. 04–57099.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 9, 2007.

Filed April 27, 2007.

USLA–Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Law Offices of Tony Marlow, Paso Robles, CA, for Claimant–Appellant.

---

* The Honorable Donald W. Molloy, Chief United States District Judge for the District of Montana, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: KOZINSKI and TROTT, Circuit Judges, and MOLLOY *, District Judge.

ORDER **

In light of the district court's Order dated February 15, 2007, this appeal is dismissed without prejudice for lack of appellate jurisdiction. 28 U.S.C. § 1291.

**DISMISSED.**